# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0151. WENDELL W. DOZIER, JR. v. CLAY TATUM, WARDEN.

A jury convicted Wendell W. Dozier of rape and other crimes, and this Court affirmed his convictions on appeal. *Dozier v. State*, 311 Ga. App. 713 (716 SE2d 802) (2011), overruled in part by *Clay v. State*, 290 Ga. 822 (725 SE2d 260) (2012). In 2014, Dozier filed an application for writ of habeas corpus. The matter proceeded to a hearing in 2019 and in July 2023, the trial court denied Dozier's application. Dozier appeals.

Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/07/2023*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*